# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00065JAO-WRP |
| CASE NAME: | Chardonnay Pantastico v. Kevin Nagamine, et al., |
| ATTYS FOR PLA: | Clarisse M. Kobashigawa, Esq.<br>Myles S. Breiner, Esq.<br>Chardonnay Pantastico |
| ATTYS FOR DEFT: | Denise M. Hevicon, Esq.<br>John H. Price, Esq.<br>Kevin Nagamine<br>Michael Hermosura |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | In chambers - not reported (SETTLEMENT CONFERENCE) (9:30 a.m. - 11:30 a.m.) |
| DATE: | August 23, 2019 | TIME: | FTR - C7 (**SEALED** SETTLEMENT ON THE RECORD) (12:02 p.m. - 12:05 pm) |

COURT ACTION:   EP     SETTLEMENT CONFERENCE #2

                       SETTLEMENT ON THE RECORD

Settlement Conference #2 held with Plaintiff, Defendant Nagamine, and Defendant Hermosura.

Settlement on the Record held between Plaintiff and Defendant Nagamine only.

Counsel states the key terms on the record under seal. [SEALED 12:02 p.m. - 12:05 p.m.]

The Court finds that Plaintiff and Defendant Nagamine have entered into a valid and enforceable settlement.

Stipulation for Dismissal as to Defendant Nagamine shall be submitted to otake_orders@hid.uscourts.gov by October 7, 2019.

As to Defendant Nagamine only, the trial date and pretrial deadlines are vacated.

Submitted by: Mary Feria, Courtroom Manager