IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARDONNAY PANTASTICO, | CIVIL NO. 18-00065 JAO-WRP |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| KEVIN NAGAMINE, | |
| Defendant. | |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above-entitled

proceeding has been settled, the Court finding that the essential terms of a valid

and binding settlement agreement have been stated, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby dismissed with prejudice, each

party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to

reopen the proceeding, upon good cause shown, to enforce the terms and

conditions of the settlement.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, June 9, 2020.



Jill A. Otake
United States District Judge

CIVIL NO. 18-00065 JAO-WRP; *Pantastico v. Nagamine*; ORDER OF DISMISSAL