AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CHARDONNAY PANTASTICO | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00065 JAO-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KEVIN NAGAMINE; MICHAEL HERMOSURA; JOHN DOES 1-25; JANE DOES 1-25; AND DOE ENTITIES 1-25 | June 9, 2020<br><br>At 8 o'clock and 46 min a.m.<br>LIAN ABERNATHY, CLERK |
| Defendants. | |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Amended Order Granting State Defendants' Motion for Summary Judgment, Granting in Part and Denying in Part Defendant Nagamine's Motion for Judgment on the Pleadings, and Granting Defendant Hermosura's Motion for Judgment on the Pleadings", ECF No. 82, filed August 6, 2019, the "Stipulation for Dismissal with Prejudice of All Claims Against Michael Hermosura in His Individual Capacity", ECF No. 105, filed September 10, 2019 and the "Order of Dismissal", ECF No. 107, filed June 9, 2020.

| | |
|---|---|
| June 9, 2020 | LIAN ABERNATHY |
| Date | Clerk |
| | /s/ Lian Abernathy by ET |
| | (By) Deputy Clerk |